David S. Barrett, SBN 209986
Email: david@dsblawoffice.com
LAW OFFICE OF DAVID S. BARRETT
615 10th Street
Sacramento, CA 95811
Phone: (916) 440-0233
Fax: (916) 440-0237

Counsel for Defendants BIONICA, INC., TRINA HEALTH LLC, GREGORY FORD GILBERT and TREVOR GILBERT

ROBERT E. KOHN, SBN 200373
Email: rkohn@kohnlawgroup.com
KOHN LAW GROUP, INC.
100 Wilshire Blvd., Suite 700
Santa Monica, CA  90401
Phone:  (310) 917-1011
Fax:  (310) 917-1001

Counsel for Plaintiff
PORTESCAP INDIA PVT LTD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO

| | |
|---|---|
| PORTESCAP INDIA PVT LTD, an India private company limited by shares,<br><br>Plaintiff,<br><br>vs.<br><br>BIONICA, INC., a Nevada corporation; TRINA HEALTH LLC, a Nevada limited liability company; GREGORY FORD GILBERT; TREVOR GILBERT; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:19-CV-00865-TLN-KJN<br><br>**STIPULATION AND ORDER RE: DISCOVERY DISPUTE OVER DEFENDANTS' FAILURE TO RESPOND TO DISCOVERY**<br><br>[Discovery Matter] |

**STIPULATION RE: DISCOVERY DISPUTE**

Pursuant to Rule 37(a)(3)(B) of the Fed. R. Civ. P., the parties respectfully stipulate and request the Court to order that Defendants Bionica, Inc., Trina Health LLC, Gregory Ford Gilbert and Trevor Gilbert be compelled to provide the following discovery no later than September 14, 2020:

1. Service of a written response to Plaintiff's First Set of Interrogatories dated July 31, 2020, signed by counsel under Rule 26(g) and verified under oath by each of the Defendants, containing a complete and straightforward answer to each of the interrogatories, without objection.

2. Production to Plaintiff Portescap India Pvt. Ltd. of all documents within the possession, custody or control of the Defendants that are responsive to Plaintiff's First Set of Requests for Production of Documents and Things dated July 31, 2020.

3. Service of a written response to Plaintiff's First Set of Requests for Production of Documents and Things, signed by counsel under Rule 26(g), stating that all responsive documents have been produced as requested and without objection.

Respectfully submitted,

Dated: September 7, 2020      **LAW OFFICE OF DAVID S. BARRETT**

By: /s/ David S. Barrett
         David S. Barrett

Counsel for Defendants BIONICA, INC., TRINA HEALTH LLC, GREGORY FORD GILBERT and TREVOR GILBERT

Dated: September 7, 2020      **KOHN LAW GROUP, INC.**

By: /s/ Robert E. Kohn
         Robert E. Kohn

Counsel for Plaintiff PORTESCAP INDIA PVT LTD

**IT IS SO ORDERED**.

Dated:  September 14, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

port.865