UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTESCAP INDIA PVT LTD,<br><br>Plaintiff,<br><br>v.<br><br>BIONICA, INC., et al.,<br><br>Defendants. | No. 2:19–cv–00865–TLN–KJN<br><br>ORDER<br><br>(ECF No. 31) |

On April 20, 2021, the court held a hearing on plaintiff's motion for sanctions. (ECF No. 31.) Attorney Robert Kohn appeared on behalf of plaintiff, and attorney David Barret appeared on behalf of defendants. For the reasons discussed at the hearing, it is HEREBY ORDERED that:

1. Plaintiff's motion for default sanctions against defendants Bionica Inc., Trevor Gilbert, and Gregory Ford Gilbert is DENIED;
2. Plaintiff's motion for default judgment against defendant Trina Health is DENIED;
3. Plaintiff's motion for attorney's fees is DENIED;
4. The parties have agreed that, by May 18, 2021, defendants will provide further responses and certifications regarding plaintiff's outstanding discovery requests.

Dated: April 20, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

port.865