David S. Barrett, SBN 209986
Email: david@dsblawoffice.com
LAW OFFICE OF DAVID S. BARRETT
615 10th Street
Sacramento, CA 95811
Phone: (916) 440-0233
Fax: (916) 440-0237

Counsel for Defendants BIONICA, INC., TRINA HEALTH LLC, GREGORY FORD GILBERT and TREVOR GILBERT

ROBERT E. KOHN, SBN 200373
Email: rkohn@kohnlawgroup.com
KOHN LAW GROUP, INC.
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401
Phone: (310) 917-1011
Fax: (310) 917-1001

Counsel for Plaintiff
PORTESCAP INDIA PVT LTD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO

| | |
|---|---|
| PORTESCAP INDIA PVT LTD, an India private company limited by shares,<br><br>Plaintiff,<br><br>vs.<br><br>BIONICA, INC., a Nevada corporation; TRINA HEALTH LLC, a Nevada limited liability company; GREGORY FORD GILBERT; TREVOR GILBERT; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: 2:19-CV-00865-TLN-KJN<br><br>**STIPULATION AND ORDER RE: SETTLEMENT CONFERENCE** |

**STIPULATION RE: SETTLEMENT CONFERENCE**

Pursuant to Local Rule 270(b), the parties respectfully stipulate and request the Court to order that a settlement conference be scheduled for June 30, 2021 commencing at 9:00 a.m. with the assistance of the assigned Magistrate Judge in this action, Hon. Kendall J. Newman, to serve as the settlement officer.

Respectfully submitted,

Dated: May 10, 2021  **LAW OFFICE OF DAVID S. BARRETT**

By:/s/ David S. Barrett
David S. Barrett

Counsel for Defendants BIONICA, INC., TRINA HEALTH LLC, GREGORY FORD GILBERT and TREVOR GILBERT

Dated: May 10, 2021  **KOHN LAW GROUP, INC.**

By:/s/ Robert E. Kohn
Robert E. Kohn

Counsel for Plaintiff PORTESCAP INDIA PVT LTD

**IT IS SO ORDERED**.

Dated: May 10, 2021

Troy L. Nunley
United States District Judge